**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SHERRIES TOUSSAINT, on behalf of herself
and others similarly situated,
                              Plaintiff,

        -v-

ALLIANCE ECA, LLC, ELDER CARE
ALTERNATIVES, LLC, HELENE BERGMAN,
and JILLIAN RIEGER,
                            Defendants.
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/11/18
```

18 CIVIL 2231 (KBF)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision & Order dated July 10, 2018, the Court APPROVES the proposed settlement at ECF No. 32. Counsel for plaintiff is to receive $11,666.66 of the settlement amount as attorney's fees. Plaintiff shall receive the remainder.

**Dated:** New York, New York
           July 11, 2018

                                                        RUBY J. KRAJICK
                                                          Clerk of Court
                                 BY:
                                                            Deputy Clerk